AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00071 |
| Heather Kepley, and | ) Assigned to: Judge Meriweather, Robin M. |
| Anthony Nolf | ) Assign Date: 4/3/2023 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendants | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Heather Kepley,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds

Date: 04/03/2023

*Issuing officer's signature* 2023.04.03 13:37:30 -04'00'

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 4/3/23, and the person was arrested on (date) 4/5/23
at (city and state) Long Neck, Delaware.

Date: 4/5/23

*Arresting officer's signature*

SA Aaron Capitel
*Printed name and title*