IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 23-mj-71-RMM-1 |
| | : | |
| HEATHER KEPLEY, | : | |
| | : | |
| Defendant. | : | |

## ENTRY OF APPEARANCE

**PLEASE** enter the appearance of Mary Kate Healy, Esquire as co-counsel of record on behalf of Defendant, Heather Kepley, in the above-captioned matter.

                                                                             Respectfully submitted,

DATED: April 10, 2023                  /s/ *Mary Kate Healy*
                                                MARY KATE HEALY, ESQUIRE
                                                Assistant Federal Public Defender
                                                Office of the Federal Public Defender
                                                District of Delaware
                                                800 King Street, Suite 200
                                                Wilmington, DE 19801
                                                302-573-6010
                                                de_ecf@fd.org