OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

John A. Cerino
   Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE  19801
(302) 573-6170

April 6, 2023

Clerk of Court
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, D.C. 20001

      Re: United States v. Kepley
      Case No. 23-139M
      23-71M

Dear Clerk's Office Staff::

      The case of U.S.A. v. Heather Kepley is being transferred to your Court from the U.S. District Court for the District of Delaware. Kindly acknowledge receipt by signing and returning a copy of this letter.

Using your PACER account, you can retrieve the docket and any unrestricted items using the Delaware case number 23-139.

Our Financial Staff has been copied with this information so they can notify you if there are any bail, passport or criminal debt matters in this case.

 Your address was obtained from the Criminal Transfer Process page, hosted by the Northern District of Texas. Address changes can be made by emailing InterDistrictTransfer_TXND@txnd.uscourts.gov. If you should need anything additional, I can be reached by email or by dialing 302-573-6170.

            Sincerely,
            /s/Larisha Hicks
            Larisha Hicks
            Deputy Clerk

/lih

I hereby acknowledge receipt of the record in the above
referenced case on _____.
      (date)

_____
    Signature

_____
    Title

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Heather Kepley, and<br>Anthony Nolf<br><br>_____<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:23-mj-00071
Assigned to: Judge Meriweather, Robin M.
Assign Date: 4/3/2023
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*      **Heather Kepley**                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment          ❐ Superseding Indictment        ❐ Information      ❐ Superseding Information      ☒ Complaint
❐ Probation Violation Petition        ❐ Supervised Release Violation Petition        ❐ Violation Notice      ❐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted  Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds

Date:       04/03/2023

*Issuing officer's signature*

2023.04.03
13:37:30 -04'00'

City and state:          Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 4/3/23 , and the person was arrested on *(date)* 4/5/23<br>at *(city and state)* Long Neck, Delaware .<br><br>Date: 4/5/23                              _____<br>                                                     *Arresting officer's signature*<br><br>                                                     SA  Aaron  Capitel<br>                                                     *Printed name and title* |

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Heather Kepley (DOB: XXXXXX), and<br>Anthony Nolf (DOB: XXXXXX) | ) Case: 1:23-mj-00071<br>) Assigned to: Judge Meriweather, Robin M.<br>) Assign Date: 4/3/2023<br>) Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT    REDACTED

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ____Columbia____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3)- Civil Disorder (Nolf) | |
| 18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted  Building or Grounds | |
| 18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

_____Aaron Capitel, Special Agent_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____04/03/2023_____

2023.04.03
13:35:49 -04'00'

_____
*Judge's signature*

City and state: _____Washington, D.C._____      ____Robin M. Meriweather, U.S. Magistrate Judge____
*Printed name and title*

## STATEMENT OF FACTS

Your affiant, Aaron Capitel, is a Special Agent assigned to the Federal Bureau of Investigation Baltimore Field Office – Wilmington Resident Agency Joint Terrorism Task Force (JTTF). In my duties as a Special Agent, I investigate criminal activity pertaining to international and domestic terrorism. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

**The Inaugural Stage**

During each presidential inauguration, the Architect of the Capitol (AOC) coordinates with the Joint Congressional Committee on Inaugural Ceremonies, Secret Service, the military, Department of Homeland Security, Presidential Inaugural Committee, District Government, and all of the AOC's Congressional partners to prepare the Capitol for the Inauguration. One such task is the creation from scratch of the 10,000 square foot Inaugural platform. One part of that process includes turning a west entrance to the Capitol, into a smaller, tighter, tunnel-like area that has commonly been referred to as "The Tunnel" in investigations and prosecutions surrounding January 6, 2021. The two photos below show the West Side of the Capitol as set up for Inauguration Day (top) and a closer view of The Tunnel (bottom).

Image 1:



Image 2:



At 12:53 p.m., rioters breached their first barricade at the Peace Circle onto Pennsylvania Walkway. Just under two hours later, at approximately 2:41 p.m., the rioters made their way past several additional lines of police officers and barricades to The Tunnel, which provides direct access into the Capitol. The siege on The Tunnel lasted for over two hours, until approximately 5:00 p.m.

Image 3:



Rioters attempted on multiple occasions to forcibly enter the Capitol through the line of USCP and Metropolitan Police Department (MPD) officers who gathered in The Tunnel and successfully repelled the attack. During the two plus hours, rioters assaulted the officers with blunt objects, including poles and crutches, and they used chemical irritants against the officers. Rioters also attempted to use their numbers and collective mass in a heave-ho effort to push the officers back. At times, the rioters forcibly pressed the officers' bodies against each other and against the doorway, crushing them. HEATHER KEPLEY and ANTHONY NOLF, and two minors that accompanied them, participated in at least one attempt by rioters to force their way through the line of police officers and into the Capitol.

### Heather Kepley

On January 6, 2021, KEPLEY, a white female, approximately 34 years old, was wearing a black jacket, a burgundy sweatshirt with a hoodie, jeans, and glasses. At times, she was wearing camouflage gloves and carrying a pink Trump flag.

The following are images (collectively referred to as "Image 4" below) of KEPLEY obtained from open-source videos or images taken from within the restricted Capitol Grounds on January 6, 2021:

Image 4:



**Anthony Nolf**

On January 6, 2021, NOLF, a white male, approximately 35 years old, with a beard and mustache, was pictured wearing a camouflage hat with red, white and blue writing, a grey sweatshirt and jeans.

The following are images (collectively referred to as "Image 5" below) of NOLF obtained from open-source videos or images taken from within the restricted Capitol Grounds on January 6, 2021:

Image 5 (minor redacted):



5

**KEPLEY's and NOLF's Conduct at the Tunnel**

KEPLEY and NOLF entered Capitol grounds on January 6, 2021, and approached the West front near the Inaugural Stage. KEPLEY and NOLF assisted other rioters in moving bike racks from an area near the scaffolding that were impeding the rioters' approach to the Capitol building. KEPLEY grabbed ahold of the bike rack and began to pass it back in NOLF's direction, then NOLF grabbed ahold of the bike rack and continued the process of moving the bike rack out of the rioters' way.

Image 6:



Image 7 (minor redacted):



     KEPLEY and NOLF made their way to the Lower West Terrace and the Tunnel.  Inside the Tunnel is an entry to the Capitol that provides immediate and unobstructed access to sensitive areas and offices used by Members of Congress.  Here, KEPLEY and NOLF joined the group of rioters who were attempting to force their way past the officers responsible for securing the Tunnel.  KEPLEY and NOLF participated with this mob between approximately 4:15pm and 4:27pm.  Based on my review of photos and videos from open sources and Capitol surveillance footage, I believe that the following images depict KEPLEY (circled in blue) and NOLF (circled in orange) moving towards and then entering the Tunnel.

Image 8:



Image 9:



Image 10:



Image 11:



Image 12:



     While inside the Tunnel, NOLF confronted and assisted the crowd in confronting the police officers that were preventing the Tunnel and the Capitol from being breached. Specifically, while inside the Tunnel, NOLF added his force, momentum, body, and effort to the other rioters in a "heave-ho" effort. This put intense aggregate pressure on the police line in front of the rioters.

Officers succeeded in repelling KEPLEY, NOLF and other rioters out of the Tunnel.

Image 13:



Image 14:



KEPLEY and NOLF stood outside the Tunnel for a period of time and watched as officers cleared the Tunnel of protestors.  KEPLEY and NOLF then turned and walked away from the Tunnel.

Image 15:



### Identification of KEPLEY and NOLF

On or about January 8, 2021, the FBI received a tip that NOLF's minor son went to the Capitol on January 6 and said he "saw the woman get shot."  NOLF was interviewed by Special Agents of the FBI Philadelphia Field Office on January 19, 2021.  NOLF admitted that he and his son attended the rally in Washington, D.C. on January 6 then went to the Capitol building.  NOLF denied that he and his son entered the Capitol building but said they were on the steps of the Capitol.  NOLF said he stood back from the police line.

The FBI Philadelphia Field Office interviewed Nolf a second time on November 18, 2021.  On April 1, 2023, the interviewing Special Agent confirmed to me that the individual on the right-hand side of "Image 5" above is the person they interviewed, ANTHONY NOLF.[1]  Based on my review of Capitol surveillance and open source photos and videos, I believe that NOLF is depicted in them where indicated above, because the man identified in those photos and

---

[1] The interviewing agent was not able to definitively identify NOLF in the left-hand side of Image 5 or in Image 11.  Nonetheless, I believe that those images depict NOLF for the reasons described below and because they are consistent with his statements, my trace of NOLF's movements through Capitol grounds, and my trace of his family members' movements through Capitol grounds.

videos appears to be wearing similar clothing (camouflage hat with red, white and blue writing, a grey sweatshirt and jeans) and has similar physical characteristics (white male with a beard and mustache) as NOLF in Image 5.

On January 20, 2022, Special Agents from the FBI Baltimore Field Office – Wilmington Resident Agency interviewed KEPLEY in Lewes, Delaware. KEPLEY identified her telephone number as XXX-XXX-7621. KEPLEY told the interviewing Agents that on January 6, 2021, she traveled from her home in Delaware to Washington, D.C. with her minor son, her minor nephew, and her brother (NOLF). KEPLEY said they attended a rally, then began walking towards the U.S. Capitol to join the protest. KEPLEY said they walked onto Capitol grounds, then made their way to a crowd of people near a tunnel entrance to the Capitol Building.

KEPLEY admitted that she posted on social media on January 6, 2021 but denied she retained the data. KEPLEY said she had a new phone and did not transfer the data from her old phone. KEPLEY said the only image she saved was a picture at the Washington Monument.

On or about February 4, 2022, Special Agents from the Baltimore Field Office – Wilmington Resident Agency received screenshots of KEPLEY's Instagram and Facebook accounts from KEPLEY's acquaintance. The Instagram account was identified by vanity name "mamaheathernolf." A screenshot from the "mamaheathernolf" account showed a photograph of KEPLEY and a young male standing in front of the Washington Monument. KEPLEY is holding a flag, and the caption reads, "My family supporting our President," and the post is dated January 6, 2021. *See* Image 16.

Image 16 (minor redacted):



The Facebook account was identified with a display name of "Heather Nolf". A screenshot from the account depicted a post with several photographs and a caption that read, "The government is all Corruption and lies. And the media can go fuck themselves." KEPLEY is wearing glasses in the photograph. KEPLEY's face is red and irritated and appears to have some abrasions. KEPLEY's glasses appear coated with some sort of film. *See* Image 17 below. According to KEPLEY's acquaintance, most of the images posted on KEPLEY's Facebook account were immediately taken down.

Image 17:



**Probable Cause for Criminal Offenses**

*18 U.S.C. § 231*

Based on the foregoing, your affiant submits that there is probable cause to believe that ANTHONY NOLF violated 18 U.S.C. 231(a)(3), which makes it unlawful to commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function.

For purposes of Section 231 of Title 18, a federally protected function means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof. This

14

includes the Joint Session of Congress where the Senate and House count Electoral College votes.

### 18 U.S.C. § 1752

Based on the foregoing, your affiant submits there is probable cause to believe that HEATHER KEPLEY and ANTHONY NOLF violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so.

For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

AARON CAPITEL
FBI Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 3rd day of April, 2023.

2023.04.03
14:13:34 -04'00'

ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.
Heather Kepley, and
Anthony Nolf

_____
*Defendants*

)
)
)
)
)
)

Case: 1:23-mj-00071
Assigned to: Judge Meriweather, Robin M.
Assign Date: 4/3/2023
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Heather Kepley                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted  Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds

Date:      04/03/2023

City and state:          Washington, D.C.

2023.04.03
13:37:30 -04'00'
*Issuing officer's signature*

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                              _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cr. A. No. 23-139M |
| | ) |
| Heather Kepley, | ) |
| Defendant. | ) |
| | ) |
| | ) |

## **ORDER PURSUANT TO FED. R. CRIM. P. 5(f)**

    The Court confirms that the United States has a continuing obligation, pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), and subsequent cases, to timely disclose and produce all information favorable to the defense as to criminal liability on the charged offense(s) or mitigation of any punishment that may be imposed. Such favorable information includes information that may cast doubt on the credibility of government witnesses. The court hereby orders that the government do so at the appropriate time.

    This Order is entered pursuant to Federal Rules of Criminal Procedure 5(f) and does not relieve either party of any other discovery obligations.  The possible consequences for violating a *Brady* obligation and/or this Order could include, but are not limited to, contempt proceedings, sanctions, referral to a disciplinary authority, adverse jury instructions, exclusion of evidence, dismissal of charges, and any other relief authorized by law.

    IT IS SO ORDERED.

Dated: 4/5/2023

The Honorable Sherry R. Fallon
UNITED STATES MAGISTRATE JUDGE

AO 466A (Rev. 01/09)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 23-139M |
| Heather Kepley | ) |
| | ) Charging District's Case No.  23-71M |
| _____ | ) |
| *Defendant* | ) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*    District of Columbia    .

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 10 days of my first appearance if I am in custody and 20 days otherwise —
        unless I am indicted — to determine whether there is probable cause to believe that an offense has
        been committed;

(5)     a hearing on any motion by the government for detention;

(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑     an identity hearing and production of the warrant.

☑     ~~a preliminary hearing~~ *request that* held in the prosecuting district

☐     a detention hearing.

☐     an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may
       be entitled in this district.  I request that those hearings be held in the prosecuting district, at a time set
       by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are
pending against me.

Date:    04/05/2023

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Mary Katherine Healy
*Printed name of defendant's attorney*

AO 199A (Rev. 06/19)  Order Setting Conditions of Release                                    Page 1 of ___4___ Pages

# UNITED STATES DISTRICT COURT
### for the
### District of Delaware

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Heather Kepley | ) | Case No.   23-139M |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:   <u>Washington District Court of Columbia Federal Court</u>
                                                                   *Place*

<u>333 Constutition Avenue, NW, Washington, D.C. 20001</u>

on   _____
                                                        *Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20)  Additional Conditions of Release

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )  (6)  The defendant is placed in the custody of:

Person or organization _____

Address *(only if above is an organization)* _____

City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____   _____
                        *Custodian*                                         *Date*

( ☑ )  (7)  The defendant must:

( ☑ )  (a)  submit to supervision by and report for supervision to the   U.S. Pretrial Services Office                             ,

telephone number   202-565-1300   , no later than _____ .

( ☑ )  (b)  continue or actively seek employment.

( ☐ )  (c)  continue or start an education program.

( ☑ )  (d)  surrender any passport to:   U.S. Pretrial Services

( ☑ )  (e)  not obtain a passport or other international travel document.

( ☑ )  (f)  abide by the following restrictions on personal association, residence, or travel:   No travel outside the District of Delaware, without authorization

from Pretrial Services. Must make a request to the Pretrial Services no less than 48 hours before scheduled travel.

( ☑ )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____

_____

( ☐ )  (h)  get medical or psychiatric treatment: _____

( ☐ )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

( ☐ )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

( ☑ )  (k)  not possess a firearm, destructive device, or other weapon.

( ☑ )  (l)  not use alcohol ( ☐ ) at all ( ☑ ) excessively.

( ☑ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

( ☑ )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

( ☑ )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

( ☐ )  (p)  participate in one of the following location restriction programs and comply with its requirements as directed.

( ☐ )  (i)  **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or  ( ☐ ) as directed by the pretrial services office or supervising officer; or

( ☐ )  (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

( ☐ )  (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or

( ☐ )  (iv)  **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.

**Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20)   Additional Conditions of Release                                                    Page 3 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q)   submit to the following location monitoring technology and comply with its requirements as directed:
   ( ☐ ) (i)     Location monitoring technology as directed by the pretrial services or supervising officer; or
   ( ☐ ) (ii)    Voice Recognition; or
   ( ☐ ) (iii)   Radio Frequency; or
   ( ☐ ) (iv)   GPS.

( ☐ ) (r)   pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☑ ) (s)   report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☑ ) (t)   No travel to D.C. unless Court, Pretrial or consultation with attorney.
            No travel outside the continental U.S. without Court approval.

*see* (u) With respect to the Defendant's passport, Pretrial Services in the District of Columbia shall promptly provide instructions to the Defendant for surrendering her passport and Defendant shall do so promptly.

*see* (v) With respect to Defendant's firearm, it must be removed and provided to a family member authorized to retain possession of, who does not reside with the Defendant, within 24 hours of the Date of this Order.

AO 199C  (Rev. 09/08)  Advice of Penalties                                                    Page ___4___ of ___4___ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony –  you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor –  you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Millsboro   DE
_____
*City and State*

### Directions to the United States Marshal

( ✓ )  The defendant is ORDERED released after processing.

(     )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____4/5/2023_____          _____
                                                                        *Judicial Officer's Signature*

                                         Sherry R. Fallon, United States Magistrate Judge
                                                    *Printed name and title*

DISTRIBUTION:   COURT     DEFENDANT     PRETRIAL SERVICE     U.S. ATTORNEY     U.S. MARSHAL

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 23-139M |
| Heather Kepley | ) | |
| | ) | Charging District:  District of Columbia |
| *Defendant* | ) | Charging District's Case No.  23-71M |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

    After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: E. Barrett Prettyman U.S. Courthouse<br>      333 Constitution Avenue, NW<br>      Washington, D.C. 20001 | Courtroom No.:  Zoom |
|---|---|
| | Date and Time: 4/13/2023 1:00 pm |

    The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:      04/05/2023

                                  *Judge's signature*

                    Sherry R. Fallon, U.S. MAGISTRATE JUDGE

                              *Printed name and title*

Query    Reports     Utilities     Help    What's New    Log Out

CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
## CRIMINAL DOCKET FOR CASE #: 1:23-mj-00139-UNA-1

Case title: USA v. Kepley

Date Filed: 04/05/2023

Date Terminated: 04/06/2023

---

Assigned to: Unassigned Judge

**Defendant (1)**

**Heather Kepley**
*TERMINATED: 04/06/2023*

represented by **Eleni Kousoulis**
Federal Public Defender's Office
800 N. King Street
Suite 200
Wilmington, DE 19801
302-573-6010
Fax: 302-573-6041
Email: DE_ECF@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**                              **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                           **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                  **Disposition**

18:1752(a)(1) & (2)- ENTERING AND
REMAINING IN A RESTRICTED
BUILDING OR GROUNDS AND
DISORDERLY AND DISRUPTIVE

CONDUCT IN A RESTRICTED
BUILDING OR GROUNDS

**Plaintiff**

USA                                                  represented by **Carly A. Hudson**
                                                     U.S. Attorney's Office
                                                     Hercules Building
                                                     1313 N. Market Street
                                                     P.O. Box 2046
                                                     Wilmington, DE 19801
                                                     (302)573-6562
                                                     Fax: (302)573-6220
                                                     Email: carly.hudson@usdoj.gov
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/05/2023 | | Arrest of Heather Kepley (lih) (Entered: 04/06/2023) |
| 04/05/2023 | 1 | Copy of charging pleadings ( Complaint and Arrest Warrant ) received from District of Columbia as to Heather Kepley (lih) (Entered: 04/06/2023) |
| 04/05/2023 | | Minute Entry for proceedings held before Judge Sherry R. Fallon - Initial Appearance in Rule 5(c)(3) Proceedings as to Heather Kepley held on 4/5/2023. Deft. was present with counsel ( Mary Kate Healy, Esq.; from the FPD's Office was appointed as counsel ); Deft. executed the Waiver of Rule 5 & 5.1 Hearings; Deft. released on conditions pending removal to the District of Columbia; Deft. ordered to appear via zoom in the charging district on 4/13/2023 at 1:00 PM; Detailed instructions regarding appearance on 4/13/2023 provided to the deft. by AUSA Hudson. ATTENDEES: AUSA - C. Hudson, Esq.; DEFT - M. Healy, Esq.; USPO - J. Sanchez; CLERK - Hicks. (lih) (Entered: 04/06/2023) |
| 04/05/2023 | 2 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Heather Kepley. Appointment of Eleni Kousoulis, Esq. for Heather Kepley. Signed by Judge Sherry R. Fallon on 4/5/2023. (lih) (Entered: 04/06/2023) |
| 04/05/2023 | 3 | ORDER pursuant to Fed. R. Crim. P. 5(f) as to Heather Kepley. Signed by Judge Sherry R. Fallon on 4/5/2023. (lih) (Entered: 04/06/2023) |
| 04/05/2023 | 4 | WAIVER of Rule 5(c)(3) Hearings by Heather Kepley (lih) (Entered: 04/06/2023) |
| 04/05/2023 | 5 | ORDER Setting Conditions of Release. Signed by Judge Sherry R. Fallon on 4/5/2023. (lih) (Entered: 04/06/2023) |
| 04/05/2023 | 6 | Order Requiring Defendant to Appear in the District Where Charges Are Pending as to Heather Kepley. Defendant is directed to appear in District of of Columbia. The Clerk is directed to transfer any bail previously deposited in this district to the of Columbia. Signed by Judge Sherry R. Fallon on 4/5/2023. (lih) (Entered: 04/06/2023) |
| 04/06/2023 | 7 | EXIT RECORD to District of Columbia (lih) (Entered: 04/06/2023) |