IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 23-162-BAH-1 |
| | : | |
| HEATHER KEPLEY, | : | |
| | : | |
| Defendant. | : | |

**UNOPPOSED MOTION TO CONTINUE INITIAL STATUS HEARING**

Defendant, Heather Kepley, by and through his undersigned counsel, Conor Wilson, Assistant Federal Public Defender, hereby moves this Court to reschedule the Initial Status Hearing in this case.

1. An Initial Status Hearing in this matter is currently scheduled for Friday, May 19, 2023, at 9:30 a.m. in person before the Honorable Judge Beryl A. Howell.

2. Undersigned Counsel has a Change of Plea and Sentencing Hearing scheduled that same day in the District of Delaware at 11:00 a.m. (Case No. 22-33-MN) as well as an additional Change of Plea and Sentencing Hearing scheduled for 12:30 p.m. in the District of Delaware (Case No. 23-18-CFC)

3. Co-Counsel of record, Mary Kate Healy will be out of the office on previously scheduled medical leave on May 19, 2023.

4. Co-Counsel of record, Eleni Kousoulis will be out of the office on previously scheduled personal leave on May 19, 2023.

5. Ms. Kepley requests that the Initial Status Hearing be rescheduled to the week of May 22, 2023. Ms. Kepley has no objection to the Court excluding the time from May 19, 2023,

up until the new date for the initial status conference under the Speedy Trail Act (18 U.S.C. § 3161 *et seq.*).  She also submits that the time is excludable because the ends of justice served by this delay outweigh the best interest of the public and the defendant in a speedy trial under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(A).

6. Assistant United States Attorney Michael Barclay has informed Undersigned Counsel that the government has no objection to the instant motion.

WHEREFORE, Ms. Kepley request that the Initial Status Hearing in this matter be continued to the week of May 22, 2023.

Respectfully submitted,

ELENI KOUSOULIS
Federal Public Defender

DATED:  May 15, 2023

/s/ *Conor Wilson*
CONOR WILSON, ESQUIRE
Assistant Federal Public Defender
Office of the Federal Public Defender
District of Delaware
800 King Street, Suite 200
Wilmington, DE 19801
302-573-6010
de_ecf@fd.org