IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 23-162-BAH-1 |
| | : | |
| HEATHER KEPLEY, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

IT IS HEREBY ORDERED that:

1. The Unopposed Motion to Continue the Initial Status Hearing (D.I. 23) is GRANTED.

2. A hearing is scheduled for the _____ day of _____, 2023 at _____ a.m./p.m. in courtroom _____.  Defendant's presence for this proceeding is required.

3. The time from May 19, 2023 until _____ is excluded under the Speedy Trial Act, because the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

_____
HONORABLE BERYL A. HOWELL
Judge, United States District Court