IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 23-162-BAH-1 |
| HEATHER KEPLEY, | : | |
| Defendant. | : | |

## NOTICE OF TERMINATION OF COUNSEL

PLEASE TAKE NOTICE that Eleni Kousoulis, Federal Public Defender for the District of Delaware, has assigned the above-captioned matter to Conor Wilson and Mary Kate Healy, Assistant Federal Public Defenders. The entries of appearance have been previously filed, and it is being requested that the Appearance of Eleni Kousoulis, Federal Public Defender, please be terminated.

Respectfully submitted,

DATED:  June 15, 2023

/s/ *Eleni Kousoulis*
ELENI KOUSOULIS, ESQUIRE
Federal Public Defender
Office of the Federal Public Defender
District of Delaware
800 King Street, Suite 200
Wilmington, DE 19801
302-573-6010
de_ecf@fd.org