CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Case No.: CR 21-162 (BAH) |
| | ) | |
| HEATHER KEPLEY | ) | |
| | ) | |
| | ) | |

**FILED**
AUG 11 2023
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____   Date: August 11, 2023
BERYL A. HOWELL
United States District Judge