UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | Case No. 23-CR-162 (BAH) |
| | : | |
| HEATHER KEPLEY, | : | |
| | : | |
| ANTHONY NOLF | : | |
| | : | |
| Defendants. | : | |

**UNITED STATES' REPORT REGARDING VIDEO AND PHOTOGRAPHIC EVIDENCE DESCRIBED IN HEATHER KEPLEY'S STATEMENT OF OFFENSE**

In response to the Court's Minute Order of August 10, 2023, the United States submits this report on the video and photographic evidence described in defendant Heather Kepley's Statement of Offense. The chart below includes information regarding the length and source of each video or photograph. The Government has shared the referenced exhibits with the Court and with defense counsel via USAfx. Where noted below, certain videos have been digitally modified from their original to protect the identity of one or more minors. The Government has also conferred with counsel for both defendants, and all parties take the position that the exhibits may be released to the public without restriction.

| Exhibit No. | File Name | Source | Length | Description | Referenced in SOO paragraphs |
| --- | --- | --- | --- | --- | --- |
| 1 | IMG_7355.mp4_clip_2040_2100.mp4 | Video in FBI holdings | 1 min 00s | At 35s, Kepley passes a bike rack to Nolf and A.N.<br><br>This video has been modified to protect minors' identity. | ¶¶ 14–15, Images 4 and 5 |

| 2 | 20210106_142508.mp4 | Kepley Phone | 1 min 54 s | Between 30s and 1 min 00s, rioters appear to be exposed to a chemical irritant.<br><br>This video was taken at approximately 2:27 p.m. | ¶ 16 |
| 3 | 20210106_145524.jpg | Kepley Phone | N/A | Kepley photo of rioter holding a "U.S. Capitol Police" shield.<br><br>This photograph was taken at approximately 2:55 p.m. | ¶ 17, Image 6 |
| 4 | 20210106_151916.mp4 | Kepley Phone | 2 min 36 s | Beginning at 0 min 01 s, rioters drag out into the crowd and violently assault an MPD officer.<br><br>This video was taken at approximately 3:21 p.m.<br><br>This video has been modified to protect a minor's identity. | ¶ 17, Image 7 |
| 5 | 20210106_155523.mp4 | Kepley Phone | 2 min 08 s | Throughout the video, rioters can be seen kicking and using makeshift | ¶ 17, Image 8 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | weapons against officers defending the Tunnel entrance.<br><br>This video was taken at approximately 3:57 p.m. | |
| 6 | NY Post – capitol-riot-9.jpg | Open Source | N/A | Kepley, circled in blue, heads towards the Tunnel. | ¶ 18, Image 9 |
| 7 | (Clip_2.1)_20210106_Riotous_Act-_US_Capital_Complex.mp4 | Metropolitan Police Department | 0 min 18 s | At 3s, Kepley gets out of the pile and moves away from the Tunnel entrance. | ¶ 20, Image 10 |
| 8 | 20210106_164754.jpg | Kepley Phone | N/A | Photo of Kepley's bloodied face.<br><br>This photograph was taken at approximately 4:47 p.m. | ¶ 21, Image 11 |

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        DC Bar No. 481052

By:   */s/ Michael L. Barclay*
        MICHAEL L. BARCLAY
        Assistant United States Attorney
        New York Bar Reg. No. 5441423
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.
        Washington, DC 20530
        Michael.Barclay@usdoj.gov
        (202) 252-7669