IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 23-162-BAH-1 |
| | : | |
| HEATHER KEPLEY, | : | |
| | : | |
| Defendant. | : | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE SENTENCING MEMORANDUM**

Defendant, Heather Kepley, by and through her undersigned counsel, Conor Wilson, Assistant Federal Public Defender, hereby moves this Court for an extension of time to file her sentencing memorandum until 5:00 p.m. on Monday, October 30, 2023.

1. Heather Kepley is scheduled to be sentenced on Thursday, November 9, 2023, at 9:00 a.m. before the Honorable Judge Beryl A. Howell.

2. On May 11, 2023, this Court issued a standing order, which established the deadlines for all filings to be submitted in this matter. (ECF. No. 22).

3. Undersigned counsel ("counsel") misinterpreted the direction in that order that required all sentencing memorandum to be submitted at least ten (10) business days before the date of the sentencing to mean "business day" as defined in FED. R. CIV. P. 6(a). Accordingly, counsel calendared the filing deadline as October 30, 2023.

4. Counsel retained the services of a psychologist to evaluate Ms. Kepley in preparation for sentencing.

1

5.      In accordance with counsel's misunderstanding of the filing deadline, counsel directed the psychologist to submit her report by noon on October 27, 2023.

6.      Counsel apologizes to the Court for this error and any inconvenience that it causes the Court.

7.      Counsel seeks an extension of time from the Court to file a sentencing memorandum in this matter by 5:00 p.m. on Monday, October 30, 2023.

8.      Assistant United States Attorney Michael Barclay has informed counsel that the government has no objection to the instant motion.

WHEREFORE, Ms. Kepley requests that the Court grant her motion for an extension of time to file her sentencing memorandum by 5:00 p.m. on Monday, October 30, 2023.

Respectfully submitted,

ELENI KOUSOULIS
Federal Public Defender

DATED:  October 26, 2023

/s/ *Conor Wilson*
CONOR WILSON, ESQUIRE
Assistant Federal Public Defender
Office of the Federal Public Defender
District of Delaware
800 King Street, Suite 200
Wilmington, DE 19801
302-573-6010
de_ecf@fd.org