# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 23-CR-162 (BAH)** |
| | : | |
| **HEATHER KEPLEY,** | : | |
| | : | |
| **ANTHONY NOLF** | : | |
| | : | |
| **Defendants.** | : | |

## UNITED STATES' REPORT REGARDING EXHIBITS REFERENCED IN ITS SENTENCING MEMORANDUM

The United States submits this report on the video and photographic evidence referenced in its Sentencing Memorandum for defendant Heather Kepley (ECF No. 50). The chart below includes information regarding the length and source of each video or photograph. The Government has shared the referenced exhibits with the Court and with defense counsel via USAfx. Where noted below, certain videos have been digitally modified from their original to protect the identity of one or more minors. The Government has also conferred with counsel for both defendants, and all parties take the position that the exhibits may be released to the public without restriction.

| Exhibit No. | File Name | Source | Length | Description |
|---|---|---|---|---|
| 1 | IMG_7355.mp4_clip _2040_2100.mp4 | Video in FBI holdings | 1   min 00s | At 35s, Kepley passes a bike rack to Nolf and A.N.<br><br>This video has been modified to protect minors' identity. |
| 2 | 20210106_151916.mp4 | Kepley Phone | 2   min<br><br>36 s | Beginning at 0 min 01 s, rioters drag out into the crowd and violently assault an MPD officer.<br><br>This video was taken at |

| | | | | approximately 3:21 p.m.<br><br>This video has been modified to protect a minor's identity. |
|---|---|---|---|---|
| 3 | 20210106_155523.mp4 | Kepley Phone | 2 min 08 s | Throughout the video, rioters can be seen kicking and using makeshift weapons against officers defending the Tunnel entrance.<br><br>This video was taken at approximately 3:57 p.m. |
| 4 | 0074 E USCH BA Lower W Terrace Door-2021-01-06_16h15min47s000ms.asf | U.S. Capitol Police CCTV | 11 min 55 s | This video depicts the Tunnel between approximately 4:16 p.m. and 4:28 p.m. on January 6, 2021. |
| 5 | (Clip_2.1)_ 20210106_ Riotous_Act-_US_ Capital_Complex.mp4 | Metropolitan Police Department | 0 min 18 s | At 3s, Kepley gets out of the pile and moves away from the Tunnel entrance. |
| 6 | Kepley Facebook 1 | Kepley Facebook | N/A | Clipped image of posts on Kepley's Facebook account |
| 7 | Kepley Facebook 2 | Kepley Facebook | N/A | Clipped image of posts on Kepley's Facebook account |
| 8 | Kepley Facebook 3 | Kepley Facebook | N/A | Clipped image of posts on Kepley's Facebook account |
| 9 | Kepley Facebook 4 | Kepley Facebook | N/A | Clipped image of posts on Kepley's Facebook account |

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:    */s/ Michael L. Barclay*
MICHAEL L. BARCLAY
Assistant United States Attorney
New York Bar Reg. No. 5441423
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, DC 20530
Michael.Barclay@usdoj.gov
(202) 252-7669