# EXHIBIT A



August 20, 2023

The Honorable Beryl A. Howell
U.S. District Court Judge
U.S. District Court for the District of Columbia

Re: United States v. Heather Kepley

Honorable Judge Howell,

I am Erica Helsel, Practice Administrator for Milton Enterprises Inc, dba Pointe Primary Care, Heather's employer. I hold a Ph.D. in Organizational Management, MBA with an emphasis in Healthcare Management, and a BS in Psychology. I am a United States Marine Corps veteran with 14 years of service, wife of a retired Marine Corps veteran, and Marine Corps mother, and daughter of United States 25-year Vietnam Army veteran.

I have known Heather for almost nine months through my employment at Pointe Primary Care. In honesty, when I first met Heather, the previous administrator characterized Heather as racist, unpatriotic, and offensive. Nevertheless, as a military individual, I've learned to assess situations before reaching an opinion, and as I observed employees, especially her for 90 days, I found her to be quite the opposite. We discussed what I found in her staff records, and I asked her to help me understand what was written and her version of events. She was honest and without hesitation in our discussions. None of which exhibited racial or ethnic offensive thought processes.

I believe during our many conversations, she was able to understand from a veteran and minority aspect why what happened on January 6th offended some, and not others, to which we continue to have in-depth meaningful conversations. She was inquisitive and asked many questions to understand different aspects of what was being discussed. She stated that while she thought it was her duty to be present at this moment in history, it wasn't the smartest decision she made. She admits to her mistake. She and I have talked about African American History, Hispanic History, military history, and my/my family's personal history; things she never knew or was taught. She continues to come with questions and desire for understanding as we talk.

Jennifer Hurd, MD * Brian Prigg, PA-C, PhD * Jennifer Willey, FNP-C * Jennifer Shade, AGNP-C *
Rachel Forrest, NP-C
16529 Coastal Hwy, Lewes, DE  19958 * Phone: 302-684-2000 Fax: 302-645-6832

Aside from this situation, Heather's work ethic is beyond reproach. She is currently the assistant supervisor under our clinical manager. She is precise, caring, and teachable. I continue to encourage her to move forward in a nursing career as she functions as such mind, body, and spirit. Our company is committed to helping her achieve this. She's a caring person with integrity and admits when she didn't make the best sound decision. She is an involved attentive mother, to her children and their needs. She does it all on her own. She isn't afraid to admit her faults and mistakes. She is what I would call a continuous learner.

Your Honor, the incident that has transpired leaves little for anyone to have empathy for those involved, however, Heather is a different breed. She shows tremendous remorse, not just because of the outcome, but because of what it has shaken with the impact it had on those who suffered and could have had on her son who recently turned 18. The pain that others went through and the chaos it created has her in a perpetual state of asking what was she thinking and asking if there could have been a better way.

It has been my experience that individuals who make mistakes and take responsibility, which Heather has and is doing, are ones that are redeemable, teachable, and worthy of mercy.

Should you have any questions, please feel free to contact me at either of the numbers or emails listed below.

Respectfully submitted,


**Erica Helsel, PhD, MBA, MS**
**Practice Administrator**

**Phone:** 302.684.2000 x208
**Mobile:** 907.538.1777
**Web:** www.lewesdoctor.com
**Email:**  e.helsel@lewesdoctor.com

Heather M. Delgado
30030 Lewis Rd
Millsboro, DE 19966
302-344-1541
Heather.Delgado@delaware.gov
Alskyenterprise@gmail.com

August 22, 2023

Honorable Beryl A. Howell
U.S. District Court Judge
U.S. District Court for the District of Columbia

Dear Judge Howell,

My name is Heather Delgado, I am a Social Worker/Case Manager with the Department of Developmental Disability Services, for the State of Delaware, my office is located at 26351 Patriots Way Georgetown, DE 19947. I am writing on behalf of Heather Kepley (Defendant), I met Heather when I started working with Wagner & Prigg Family Medicine, in 2012 where she is still currently employed as a Medical Assistant, under the practices new name Point Primary Care. Heather is one of the first people I met at the practice,

I wanted to write this letter on Heather's behalf, I wanted the court to get a glimpse of the person that I meant, got to know, and grew to love over 10 years ago, to see her for more than the reason she is before you. Heather is a hard-working mother of 2 beautiful children whom for the last several years has been raising as a single mother, while maintaining a full-time career in the medical field, attending college to enhance not only their lives but the lives of the patients she will have in her care. Heather is a giver, a healer by nature it is shown in all she does for all that she meets. She has been a friend and confident to me from almost the very beginning, you see we did not hit it off when first we met, we were different in every way. It was Heathers that started to lay the foundation to bridge the gap, and I have been grateful that she did ever since as she became one of the most important people in my life and still holds that position.

I would like to put that she is perfect that she is always happy, that she makes the right decision with every choice she makes, unfortunately I can not as she is human, so by definition imperfect. I have been beside her when she went through her divorce, worried about finances, questioned her parenting, career issues, health issues, etc.  What I respected about her most was that no matter what life threw at her, how hard it may have tried to knock her down, she got up dusted herself off, held her head high and kept advancing. I also admired that she always put her children first, they above all were her priority, I appreciated that when she got divorced, she did not succumb to partying, pawning her children off, etc., like so many others d0. She kept her values intact and prioritized family and home first.

I believe with all my heart that Heather deserves a sentence that would not take her from the people in her life her children, friends, family, employer, and patients. Heather made a decision or decisions that lead her to stand before you of this there is no doubt, but who of us have not made a bad decision or two, I myself can claim no such thing. Her decision ended with her before you for a reason hopefully a

good one, Heather is not a threat to herself or others, she is not a flight risk, she loves her children, family, friends, and career, she is invested in the life she has worked so hard to create. Heather will learn from this experience, she will grow from it, it is with the sincerest of hopes that you allow her to do so. I have never known Heather to make the same mistake twice and I am confident you will never see her before you again, if she is given the opportunity to continue with her education, maintain her job, and be there for her children every night as she is now.

If you have any questions, please do not hesitate to contact me directly via mail, phone, or email all listed in the heading of this letter. Thank you for taking the time to read this letter and allowing me the opportunity to submit on behalf of my friend Heather Kepley.

Respectfully,

Heather M. Delgado



**THE MODERN MATURITY CENTER, INC.**
1121 FORREST AVENUE
DOVER, DELAWARE 19904
302-734-1200
FAX 302-674-1265

PROGRAMS

EDUCATIONAL, SOCIAL AND RECREATIONAL

ADULT DAY SERVICES

CONGREGATE AND HOMEBOUND MEALS

AMERICORPS SENIORS VOLUNTEERS

TRAINING SERVICES

AURICH POOL AND FITNESS CENTER AT MMC

PAINTED STAR GIFT SHOP

ARTS AND CRAFTS

TOURS AND TRIPS

FRONT PORCH EARLY MEMORY LOSS

CAREGIVER RESOURCES

PRESIDENT / CEO
Carolyn Fredricks

OFFICERS
BOARD OF DIRECTORS

CHAIR
Mark Biddle

1ST VICE CHAIR
Justin Strickland

2ND VICE CHAIR
Linda Paradee

SECRETARY
Troy Adams

TREASURER
Bethany Lewis

The Modern Maturity Center, Inc. is a non-profit organization whose mission is to provide programs and services that will enhance the quality of life, with dignity and respect for older adults.



August 21, 2023

The Honorable Beryl A. Howell
U.S. District Court Judge
U.S. District Court, District of Columbia

RE: United States vs Heather Kepley

Dear Judge Howell:

My name is Carolyn Fredricks. I have served 50 years at The Modern Maturity Center in Dover, Delaware. For the past 23 years, I have served as President/CEO.

This letter is written on behalf of Heather Kepley. I have known Heather for a year and half. Heather dates my son. I spend time with Heather on the weekends when we attend church and have family meals together. We have gone on vacation together, attended plays and movies, things a normal family would do together.

I only know Heather on a personal level, but have seen her compassion and love for her patients (she is a nurse) when she happens to see them when we are out and about. She always greets them, and I can tell that she cares for them.

In my professional and personal opinion, Heather is committed to her nursing profession, her family and her faith.

Please consider these positive attributes about Heather in your deliberations.

Respectfully submitted,

Carolyn Fredricks
President/CEO
Modern Maturity Center
Dover, Delaware

Providing excellence in service for older adults, now and in the future.