IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 23-162-BAH-1 |
| | : | |
| HEATHER KEPLEY, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW, IT IS HEREBY ORDERED that:

1. The Unopposed Motion to Seal (ECF No. 54) is GRANTED.

2. Exhibit B to the Defense Sentencing Memorandum is SEALED.

_____
HONORABLE BERYL A. HOWELL
United States District Court Judge